JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGBOP, LLC, | Case No. 2:17-cv-05455-RGK-FFM |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| E-SIG MARKETING, LLC, | |
| Defendant(s). | |

On October 26, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, requiring a written response by October 31, 2017. On October 30, 2017, plaintiff filed a response to the OSC. The Court finds no good cause shown regarding the failure to file a timely proof of service of the summons and complaint. The matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 1, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE